1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   BRENDA J. WEIL,                          Case No.  1:21-cv-00500-AWI-EPG

12              Plaintiff,

13      v.                                     ORDER GRANTING STIPULATION TO SET
                                               DATE FOR INITIAL DISCLOSURES
14   RAISIN CITY ELEMENTARY SCHOOL
     DISTRICT, et al.,                         (ECF No. 23)
15
                Defendant.
16

17
            Pursuant to the parties' stipulation (ECF No. 23), IT IS HEREBY ORDERED that the
18
     parties shall exchange their initial disclosures by March 21, 2022.
19

20   IT IS SO ORDERED.

21
         Dated:   **March 2, 2022**              /s/ _Erica P. Grosjean_
22
                                                 UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                                 1