UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. WEIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAISIN CITY ELEMENTARY SCHOOL DISTRICT, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-005000-AWI-EPG<br><br>ORDER RE: STIPULATION TO AMEND SCHEDULING ORDER AND PROCEED WITH SETTLEMENT CONFERENCE<br><br>(ECF No. 30). |

　　　　On December 16, 2022, the parties filed a joint stipulation to amend the scheduling order in light of the early settlement conference that is set for February 15, 2023, before the undersigned. (ECF No. 30). Based on the parties' stipulation (ECF No. 30), IT IS ORDERED that the scheduling order (ECF No. 27) be amended as follows:

1. The deadline for non-expert discovery is extended from January 13, 2023, to March 31, 2023.
2. The deadline for expert disclosures is extended from February 17, 2023, to April 7, 2023.
3. The deadline for rebuttal expert disclosures is extended from March 20, 2023, to May 3, 2023.
4. The deadline for expert discovery is extended from April 28, 2023, to June 10, 2023.

1

5. The dispositive motion deadline is extended from June 12, 2023, to August 22, 2023.
6. The pre-trial conference and trial dates remain unchanged.
7. Further, as requested by the parties, a settlement conference shall be held by Magistrate Judge Erica P. Grosjean on February 15, 2023, at 1:00 p.m., in accordance with the provisions of Eastern District Local Rule 270. The conference will be held remotely by Zoom. The Court will issue a separate order regarding settlement conference procedures.

IT IS SO ORDERED.

Dated: **December 20, 2022**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE