**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330
Scott D. Laird #190122
  *slaird@wjhattorneys.com*
Amanda G. Hebesha #234214
  *ahebesha@wjhattorneys.com*
Attorneys for Plaintiff BRENDA J. WEIL

**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California  93711
Telephone:   (559) 374-0077
Facsimile:    (559) 374-0078
Susan K. Hatmaker #172543
  *susan@hatmakerlaw.com*
Robert W. Branch #154963
  *bob@hatmakerlaw.com*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. WEIL, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>RAISIN CITY ELEMENTARY SCHOOL DISTRICT; FRESNO COUNTY SUPERINTENDENT OF SCHOOLS; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.  1:21-cv-00500-AWI-EPG<br><br>ORDER RE: STIPULATION CONTINUING DISCOVERY CUT-OFF DEADLINE<br><br>(ECF No. 38). |

# **STIPULATION**

Having met and conferred via their respective counsels of record, Plaintiff, BRENDA J. WEIL ("Plaintiff" or "Ms. Weil"), on the one hand, and Defendants, RAISIN CITY ELEMENTARY SCHOOL DISTRICT ("RCESD") and FRESNO COUNTY SUPERINTENDENT OF SCHOOLS ("FCSS" and collectively with RCESD, "Defendants"), on the other hand, hereby stipulate and propose that the above-entitled Court enter an Order in accordance with the following:

# **RECITALS**

WHEREAS, the undersigned are counsel of record for Plaintiff and Defendants (collectively, the "Parties");

WHEREAS, on March 16, 2022, the Honorable Erica P. Grosjean of the above-entitled Court issued a Scheduling Conference Order which provided, *inter alia*, that non-expert discovery shall be completed no later than January 13, 2023;

WHEREAS, on December 16, 2022, the Parties filed a Stipulation and Order to Amend Scheduling Order and Proceed With Settlement Conference Before Magistrate Judge Erica P. Grosjean ("Stipulation"), whereby the Parties sought to, among other things, extend the January 13, 2023 deadline for non-expert discovery;

WHEREAS, on December 20, 2022, the Honorable Erica P. Grosjean of the above-entitled Court issued an Order re: Stipulation to Amend Scheduling Order and Proceed With Settlement Conference ("Order"), which, *inter alia*, extended the non-expert discovery deadline to March 31, 2023;

WHEREAS, trial for the instant action is currently scheduled to commence on January 23, 2024 at 8:30 a.m. in Department 402 of the above-entitled Court;

WHEREAS, the Parties are diligently pursuing written discovery and have started the to-be-completed deposition of Plaintiff;

WHEREAS, the Parties still need to complete written discovery, finish the deposition of Plaintiff, and conduct depositions of one or more parties and/or third-party witnesses;

WHEREAS, the Parties need additional time to complete written discovery and depositions;

WHEREAS, the Parties are confident that all outstanding written discovery and depositions will be completed on or before April 28, 2023;

WHEREAS, the Parties stipulate to extending the current discovery cut-off deadline from March 31, 2023 to April 28, 2023;

WHEREAS, the Parties are not seeking to continue the pre-trial conference or trial dates;

WHEREAS, the Parties will not be prejudiced by this short extension of time;

WHEREAS, the Parties agree that this Stipulation may be executed in counterparts, each of which shall be deemed an original Stipulation as to the attorney that signed it, but all of which together shall constitute one and the same instrument.

## STIPULATION

The Parties and the undersigned hereby stipulate and agree as follows:

1. The Parties' current non-expert discovery deadline of March 31, 2023 shall be continued to April 28, 2023;

2. All other discovery and trial deadlines shall remain as previously set by the above-entitled Court.

**IT IS SO STIPULATED.**

Dated: February 24, 2023.                    WANGER JONES HELSLEY PC


By: */s/ Amanda G. Hebesha*
Scott D. Laird
Amanda G. Hebesha
Attorneys for Plaintiff BRENDA J. WEIL


Dated: February 24, 2023.                    HATMAKER LAW GROUP
A Professional Corporation


By: */s/ Susan K. Hatmaker*
Susan K. Hatmaker
Attorneys for Defendants RAISIN CITY ELEMENTARY SCHOOL DISTRICT and FRESNO COUNTY SUPERINTENDENT OF SCHOOLS

**ORDER**

Pursuant to the parties' stipulation (ECF No. 38), IT IS HEREBY ORDERED that:

1. The parties' current non-expert discovery deadline of March 31, 2023 is VACATED;
2. The Court sets a new non-expert discovery deadline of April 28, 2023; and
3. All other discovery and trial deadlines shall remain as previously set by the Court. (*See* ECF Nos. 27 & 33).

IT IS SO ORDERED.

Dated:   **February 27, 2023**                    /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE