UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. WEIL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAISIN CITY ELEMENTARY SCHOOL DISTRICT, *et al.*,<br><br>　　　　Defendants. | Case No.  1:21-cv-00500-JLT-EPG<br><br>ORDER RE: STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 13). |

　　　　Before the Court is the parties' joint stipulation to modify the scheduling order and extend all discovery deadlines, as well as the deadline to file dispositive motions. (ECF No. 13). The Court previously continued the non-expert discovery deadline from March 31, 2023, to April 28, 2023. (ECF No. 39). According to the stipulation, "despite diligently pursuing written discovery and working with one another to timely complete all outstanding discovery and to-be-completed depositions, the Parties were unable to complete non-expert discovery by the formal deadline of March 31, 2023." (*Id.* at p. 3). As such, the parties "informally agreed to extend the Expert Disclosure(s) deadline from April; 7, 2023, to June 6, 2023." (*Id.* at p. 4). Because the parties require "additional time to complete written discovery and depositions and informally and/or formally (to the extent the above-entitled Court's assistance is ultimately needed) resolve any

discovery issue(s)," the parties seek to extend the existing scheduling order. (*Id.*)

Based on the parties' stipulation (ECF No. 43), IT IS ORDERED that the Court's scheduling order is modified as follows:

1. The Non-Expert Discovery deadline is extended from April 28, 2023, to July 21, 2023;
2. The Expert Disclosure deadline is extended from April 7, 2023, to July 28, 2023;
3. The Rebuttal Expert Disclosure deadline is extended from May 3, 2023, to August 4, 2023;
4. The Expert Discovery deadline is extended from June 10, 2023, to September 11, 2023;
5. The deadline for dispositive motions is extended from August 22, 2023, to September 20, 2023;
6. Further, the pretrial conference currently set for October 16, 2023, and the trial dates set for January 23, 2024, are vacated, to be reset following a decision regarding any dispositive motion(s)[1];
7. Finally, the parties are advised that the Court requires an informal telephonic conference prior to filing any discovery motion pursuant to Federal Rules of Civil Procedure 37 or 45. (*See* ECF No. 27, p. 4).

IT IS SO ORDERED.

Dated:   **April 24, 2023**                      /s/ Eric P. Groj
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Given the pending motions before District Judge Jennifer L. Thurston, the pretrial conference and trial dates cannot be met under the revised schedule. The parties are reminded that they may also consent to Magistrate Judge jurisdiction, in which case the Magistrate Judge can set confirmed dates that accommodate the parties' schedules.

2