# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. WEIL,<br><br>                    Plaintiff,<br><br>         v.<br><br>RAISIN CITY ELEMENTARY SCHOOL DISTRICT,<br><br>                    Defendant. | Case No. 1:21-cv-00500-JLT-EPG<br><br>ORDER REQUIRING KARRI BENSON TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR LEAVING THE SETTLEMENT CONFERENCE WITHOUT AUTHORIZATION<br><br>**MAY 31, 2024 DEADLINE** |

A settlement conference was held in this action on May 28, 2024. Well before the settlement conference concluded, Karri Benson, an insurance representative appearing on behalf of Keenan for the Defendant, left without authorization or approval. The Court instructed counsel for Defendant, Susan Hatmaker, to contact Ms. Benson to return. Counsel informed the Court she attempted to contact Ms. Benson via telephone, but did not receive a response prior to the conclusion of the settlement conference.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir.

1

2000).

The Court shall order Ms. Benson, by submission through counsel for Defendant or by making a special appearance, to show cause why monetary sanctions should not be imposed for leaving the settlement conference without Court authorization.

Accordingly, IT IS HEREBY ORDERED that:

1. Karri Benson from Keenan, through Defendant's counsel or by special appearance, shall show cause in writing **no later than May 31, 2024** why monetary sanctions should not issue for leaving the May 28, 2024 settlement conference without Court authorization; and

2. Failure to comply with this order will result in the issuance of sanctions.[1]

IT IS SO ORDERED.

Dated:  **May 28, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendant's counsel fails to provide notice to Ms. Benson or Keenan or ensure a response is provided, sanctions or a further order to show cause against Defendant may issue.