# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. WEIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAISIN CITY ELEMENTARY SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. 1:21-cv-00500-JLT-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 105, 106) |

A settlement conference was held in this action on May 28, 2024. Well before the settlement conference concluded, Karri Benson, an insurance representative appearing on behalf of Keenan for the Defendant, left without authorization or approval. The Court instructed counsel for Defendant, Susan Hatmaker, to contact Ms. Benson to return. Counsel informed the Court she attempted to contact Ms. Benson via telephone but she did not receive a response prior to the conclusion of the settlement conference.

On May 28, 2024, the Court ordered Ms. Benson to show cause in writing why monetary sanctions should not be imposed for leaving the settlement conference without authorization. (ECF No. 105.) On May 31, 2024, Ms. Benson filed a response to the order to show cause. (ECF No. 106.) The Court notes Ms. Benson failed to address the fact that counsel for Defendant attempted to reach Ms. Benson via telephone and text message while the settlement conference

1

was ongoing. The Court finds Ms. Benson's failure to pick up her phone or respond to texts to be almost willful conduct. Given her response to the order to show case, it appears likely permission to leave the conference would have been granted and the time spent attempting to contact Ms. Benson and issuing the order to show cause could have been avoided. Ms. Benson is instructed that for future conferences, she should not leave until she has received permission from the Judge to do so. The Court shall discharge the May 28, 2024 order.

Accordingly, IT IS ORDERED that the May 28, 2024 order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 3, 2024**

UNITED STATES MAGISTRATE JUDGE