FILED JUL 11 2024 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUL 11 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

| Brenda Weil | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Raisin City Elementary School District, et al. | CASE NUMBER: 1:21:cv-00500-JLT-EPG |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Raisin City Elementary School District__ substitutes
(Party (s) Name)

__Christopher E. Panetta__, State Bar No. __175127__ as counsel of record in
(Name of New Attorney)

place of __Susan K. Hatmaker and Robert W. Branch__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Fenton & Keller Attorneys at Law
Address: P.O. Box 791 Monterey, California 93942
Telephone: (831) 373-1241    Facsimile (831) 373-7219
E-Mail (Optional): cpanetta@fentonkeller.com

I consent to the above substitution.
Date: 06/25/2024

_____
(Signature of Party (s))

I consent to being substituted.
Date: 6/24/2024

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/10/24

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/11/24    _____ Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]