1
2
3
4
5
6

**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone:     (559) 233-4800
Facsimile:      (559) 233-9330
Scott D. Laird #190122
   *slaird@wjhattorneys.com*
Amanda G. Hebesha #234214
   *ahebesha@wjhattorneys.com*

Attorneys for Plaintiff BRENDA J. WEIL

7
8
9
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

11
12
13
14
15
16
17
18
19

BRENDA J. WEIL, an individual,

        Plaintiff,

    v.

RAISIN CITY ELEMENTARY SCHOOL
DISTRICT; FRESNO COUNTY
SUPERINTENDENT OF SCHOOLS; and
DOES 1 through 100, inclusive,

        Defendants.

Case No.  1:21-cv-00500-JLT-EPG

[Removal from Superior Court of California,
County of Fresno, Case No. 21CECG00307]

**STIPULATION AND [PROPOSED] ORDER
TO AMEND BRIEFING SCHEDULE AND
PAGE LIMITS REGARDING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT
PURSUANT TO COURT'S MINUTE ORDER
(ECF NO. 150)**

Complaint Filed:  February 2, 2021
1st Amended Complaint Filed:  September 29, 2021

20
21
22
23
24
25
26
27
28

{8329/004/01562417.DOCX}

**STIPULATION**

In accordance with this Court's January 14, 2025 Minute Order (ECF No. 150), and having met and conferred via their respective counsels of record, Plaintiff, BRENDA J. WEIL ("Plaintiff"), on the one hand, and Defendants, RAISIN CITY ELEMENTARY SCHOOL DISTRICT ("RCESD") and FRESNO COUNTY SUPERINTENDENT OF SCHOOLS ("FCSS" and collectively with RCESD, "Defendants"), on the other hand, hereby stipulate as follows:

1.      Plaintiff shall, no later than February 7, 2025, file an amended Opposition to FCSS' MSJ that is no more than 37 pages in length;

2.      Plaintiff shall, no later than February 7, 2025, file an amended Opposition to RCESD's MSJ that is no more than 28 pages in length;

3.      The page limit for FCSS' Reply to Plaintiff's forthcoming amended Opposition to FCSS' MSJ is extended a reciprocal amount (up to 12 additional pages);

4.      The page limit for RCESD's Reply to Plaintiff's forthcoming amended Opposition to RCESD's MSJ is extended a reciprocal amount (up to 3 additional pages); and

5.      Defendants shall file their Replies no later than March 21, 2025.

**IT IS SO STIPULATED.**


Dated: January 24, 2025                    WANGER JONES HELSLEY PC


                                           By: _/s/ Scott D. Laird_____
                                                   Scott D. Laird
                                                   Amanda G. Hebesha
                                           Attorneys for Plaintiff BRENDA J. WEIL

Dated: January 24, 2025

FENTON & KELLER
A Professional Corporation


By: /s/ Emmanuel Parea Jimenez
          Christopher E. Panetta
          Emmanuel Perea Jimenez
     Attorneys for Defendant RAISIN CITY
     ELEMENTARY SCHOOL DISTRICT


Dated: January 24, 2025

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation


By: /s/ Kellie M. Murphy
          Kellie M. Murphy
          Kristen M. Caprino
     Attorneys for Defendant FRESNO COUNTY
     SUPERINTENDENT OF SCHOOLS

1

**[~~PROPOSED~~] ORDER**

2       Pursuant to the Court's January 14, 2025 Minute Order (ECF No. 150) and the stipulation of

3   counsel for Plaintiff, BRENDA J. WEIL ("Plaintiff") and Defendants, RAISIN CITY ELEMENTARY

4   SCHOOL DISTRICT ("RCESD") and FRESNO COUNTY SUPERINTENDENT OF SCHOOLS

5   ("FCSS" and collectively with RCESD, "Defendants"), and good cause appearing,

6       **IT IS HEREBY ORDERED that:**

7       1.    Plaintiff has until February 7, 2025 to file an amended Opposition to FCSS' Motion for

8   Summary Judgment or, Alternatively, Summary Adjudication ("FCSS' MSJ") that is no more than

9   thirty-seven (37) pages in length;

10      2.    Plaintiff has until February 7, 2025 to file an amended Opposition to RCESD's Motion

11  for Summary Judgment or, Alternatively, for Partial Summary Judgment/Summary Adjudication

12  ("RCESD's MSJ" and collectively with FCSS' MSJ, "Defendants' Summary Judgment Motions") that

13  is no more than twenty-eight (28) pages in length;

14      3.    The page limit for FCSS' Reply to Plaintiff's forthcoming amended Opposition to FCSS'

15  MSJ is extended a reciprocal amount (up to 12 additional pages);

16      4.    The page limit for RCESD's Reply to Plaintiff's forthcoming amended Opposition to

17  RCESD's MSJ is extended a reciprocal amount (up to 3 additional pages); and

18      5.    Defendants shall file their Replies no later than March 21, 2025.

19  IT IS SO ORDERED.

20      Dated:   **January 27, 2025**

21                                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28